BAHRAM SEYEDIN-NOOR, State Bar No. 203244
JAMES DE LOS REYES, State Bar No. 280350
ALTO LITIGATION, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone:   (415) 868-5602
Email: james@altolit.com

Attorneys for Defendant Jeffrey Watson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW HAYDEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY WANG, MINDY WANG, JEFFREY WATSON, WORLDWIDE ENERGY & MANUFACTURING, INC., LADENBURG THALMANN & CO., INC., JENNIFER MALIAR, MICHAEL STEINGREBE, JEHU HAND, LAUREN BYRNE, AND GERALD DECICCIO,<br><br>Defendants. | **Case No. CV 13 3139-NC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**Date of Removal:  07/09/2013** |

**STIPULATION**

1. WHEREAS, on December 4, 2012, Plaintiff filed a Complaint in the above-entitled action in the Superior Court of California for the County of San Mateo, *Hayden v. Wang, et al.*, Case No. Civ. 518333;

2. WHEREAS, the December 4, 2012 Complaint named, *inter alia,* defendants Jimmy Wang, Mindy Wang, Jeffrey Watson, and Worldwide Energy & Manufacturing, Inc. (the "Original Defendants");

3. WHEREAS, on February 11, 2013, Plaintiff filed his First Amended Class Action Complaint (the "First Amended Complaint") naming additional defendants Jennifer Maliar, Michael Steingrebe, Jehu Hand, Lauren Byrne, and Gerald DeCiccio (the "Additional Defendants") and subsequently served defendant Jennifer Maliar;

4. WHEREAS on June 10, 2013, the Superior Court of California for the County of San Mateo entered an order extending the deadline for the Original Defendants and Defendant Maliar (collectively, the "Stipulating Defendants") to answer or otherwise respond to the Plaintiff's Complaint until July 12, 2013.

5. WHEREAS, on July 5, 2013, Defendant Worldwide Energy & Manufacturing, Inc. ("WEMU") filed a bankruptcy petition with the United States Bankruptcy Court for the District of Colorado, Case No. 13-21577-MER;

6. WHEREAS, on July 8, 2013, Defendant WEMU filed a Notice of Stay of Proceedings Based on Bankruptcy Filing with the Superior Court of California for the County of San Mateo;

7. WHEREAS, on July 9, 2013, Defendant Ladenburg Thalmann & Co. Inc. filed for removal of the case from San Mateo County Superior Court to the United States District Court for the Northern District of California;

8. WHEREAS, on July 11, 2013, Defendant WEMU filed a Notice of Stay of Proceedings Based on Bankruptcy Filing in this court (Docket No. 3);

9.  WHEREAS, the Plaintiff and the Stipulating Defendants believe it is in their common interest to have the Court determine whether it will grant Plaintiff's impending motion to remand before Defendants file their motions to dismiss or demurrers.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the new deadline for the Stipulating Defendants to answer or otherwise respond to Plaintiff's Complaint is through and including August 30, 2013 or until seven (7) days after the Court issues a written order deciding Plaintiff's anticipated motion to remand, whichever is later in time.

**ALTO LITIGATION, PC**

Dated: July 17, 2013         By: /s/ Bahram Seyedin-Noor
                                 Bahram Seyedin-Noor
                                 Attorneys for Defendant Jeffrey Watson

**BRAUNHAGEY & BORDEN LLP**

Dated: July 17, 2013         By: /s/ Mark P. Fickes
                                 Mark P. Fickes
                                 Attorneys for Defendants
                                 Jimmy Wang and Mindy Wang

**MARKUN ZUSMAN FRENIERE**

Dated: July 17, 2013         By: /s/ Edward Zusman
                                 Edward Zusman, Esq.
                                 Attorneys for Defendant
                                 Jennifer Maliar

**BIRGE MINCKLEY, P.C.**

1 | Carla Minckley
2 | Attorneys for Defendant
  | Jennifer Maliar

**THE ROSEN LAW FIRM, P.A.**

Dated: July 17, 2013        By: ___/s/ Jonathan Horne___
                                Jonathan Horne
                                Attorneys for Plaintiff

**STIPULATION AND PROPOSED ORDER**

4

**[PROPOSED]
ORDER**

The Court having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The time for the Stipulating Defendants to answer or otherwise respond to the Complaint in this action is hereby extended to and including August 30, 2013 or until seven (7) days after the Court issues a written order deciding Plaintiff's anticipated motion to remand, whichever is later in time.

**IT IS SO ORDERED.**


Dated: July ___, 2013

_____
Hon. Nathanael Cousins
United States District Court Judge

## ATTESTATION

I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE AMENDED COMPLAINT**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark P. Fickes, Edward Zusman, and Jonathan Horne have concurred in this filing.

Dated: July 17, 2013                                                      ALTO LITIGATION, PC

                                                                                         By:_____/s/ Bahram Seyedin-Noor_____
                                                                                         Bahram Seyedin-Noor

                                                                                         Attorneys for Defendant Jeffrey Watson