UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW HAYDEN,

    Plaintiff,

    v.

WORLDWIDE ENERGY AND MANUFACTURING, INC.,

    Defendant.

Case No. 13-cv-03139-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING CASE**

On July 11, 2013, counsel for Defendant Worldwide Energy and Manufacturing, Inc. ("WEMU") notified the Court that WEMU had filed a Petition in the U.S. Bankruptcy Court for the District of Colorado under Chapter 11 of the Bankruptcy Code on July 5, 2013. ECF No. 3. Thus, this case is stayed as to WEMU by operation of law.

The Court severed the claims against all other defendants on November 13, 2013 and remanded them to the San Mateo Superior Court. ECF No. 44.

In light of the foregoing, the Case Management Conference currently scheduled for December 11, 2013 is CONTINUED to Wednesday, December 10, 2014 at 2:00 p.m. The Plaintiff must file a Case Management Statement at least ten court days prior to the conference, informing the Court of the status of the bankruptcy proceeding and requesting a further continuance if appropriate.

If the Plaintiff becomes aware that the bankruptcy stay has been vacated, modified to allow this matter to proceed, or terminated by dismissal of the bankruptcy action, Plaintiff must immediately serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case Management Conference. If no party appears at the December 10, 2014 conference, and the matter has not already been dismissed, the court will then dismiss the action

with prejudice.

The matter is otherwise stayed until further notice.

**IT IS SO ORDERED.**

Dated: December 3, 2013



_____
JON S. TIGAR
United States District Judge